# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SUSAN R. WEAVER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 3:07CV444 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

### O R D E R

**THIS MATTER** is before the Court on Plaintiff's "Application For Attorney Fees Under the Equal Access to Justice Act" filed on September 4, 2008 (document #22). By Response filed on September 25, 2008, the Defendant advises that he does not oppose an award of legal fees in the amount of $5,500.00, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. § 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Application For Attorney Fees Under the Equal Access to Justice Act" (document #22) is **GRANTED**, to the extent that Plaintiff shall be paid the sum of $5,500.00 for attorney fees.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: September 25, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge